IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Leah Laferriere,                              :
                    Plaintiff          :          CIVIL ACTION
                                              :
              v.                              :
                                              :          NO. 06-5492
Zurich American Insurance Co.,         :
              Defendant                :

MEMORANDUM AND ORDER

Fullam, Sr. J.                                          June 19, 2008

          Counsel for the parties have submitted for approval a

proposed stipulation and protective order restricting the

disclosure of confidential information.  The proposed order, if

implemented, would impose significant burdens upon the Clerk's

Office.  There is no suggestion of any real likelihood that trade

secrets or other confidential business information will need to

be protected.  The requirements of Pansy v. Borough of

Stroudsburg, 23 F.3d 772, 788 (3d Cir. 1994), have not been met.

Although the parties are free to carry out the terms of the

stipulation, I decline to adopt it as an order of the court.  The

attention of the parties is directed to the Local Rules of Civil

Procedure, which govern redaction of personal information and the

filing of documents under seal.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Leah Laferriere,                           :
                Plaintiff                  :           CIVIL ACTION
                                           :
            v.                             :
                                           :           NO. 06-5492
Zurich American Insurance Co.,             :
                Defendant                  :

ORDER

AND NOW, this 19ᵗʰ day of June, 2008, upon consideration

of the "Stipulated Protective Order" submitted by the parties,

IT IS HEREBY ORDERED that this court DECLINES TO APPROVE the

submission.


                                        BY THE COURT:


                                        _____
                                        John C. Fullam


6-19-08- FAXED TO:
    J.J. WALDENBEN
    K.F. HIRSCH